IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07cv00178

| | |
|---|---|
| OVITA MCAFEE and VALERIE WILLIAMS ) | |
| Plaintiffs, ) | |
| v. ) | ORDER |
| ASTRAZENECA PHARMACEUTICALS, LP, ) | |
| Defendant. ) | |

THIS MATTER is before the Court, *sua sponte*, regarding the status of the case. The Court has been advised by the mediator in this case that the parties have settled all matters in controversy among them (Doc. No. 18). Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated by November 30, 2007. All pending motions are TERMINATED. The parties are directed to file their Stipulation of Dismissal on or before November 30, 2007.

IT IS SO ORDERED.

Signed: October 29, 2007

Frank D. Whitney
United States District Judge